UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-2605-MAN | Date | December 3, 2013 |
|---|---|---|---|
| Title | *Sigitis Raulinaitis v. Ventura County Sheriffs Department* | | |

| Present: The Honorable | Margaret A. Nagle, United States Magistrate Judge | |
|---|---|---|
| Earlene Carson | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None present | | None present |

**Proceedings:** Notice of Intended Decision Date Pursuant To Local Rules 83-9.3 and 83-9.5

The Court is in receipt of the parties' Joint Request For Ruling filed on December 2, 2013, as well as their earlier Request filed on October 28, 2013. Pursuant to Local Rules 83-9.3 and 83-9.5, the parties are advised that the Court intends to issue its decision on the pending summary judgment motion by December 31, 2013. The parties are further advised that the delay in the Court's decision has been, in part, the result of the inadequate quality of the parties' briefing on an important legal issue, which has necessitated that the Court conduct its own research, including obtaining legislative history materials from State of California offices.

cc: All Parties of Record
Chief United States District Judge George H. King

| | : |
|---|---|
| Initials of Preparer | efc |