UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 13-2605-MAN | Date | February 12, 2014 |
|---|---|---|---|
| Title | *Sigitis Raulinaitis v. Ventura County Sheriffs Department* | | |

| Present: The Honorable | Margaret A. Nagle, United States Magistrate Judge | |
|---|---|---|
| Earlene Carson | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None present | | None present |

**Proceedings:**   Notice of Intended Decision Date Pursuant To Local Rules 83-9.3 and 83-9.5

The Court is in receipt of the parties' Joint Waiver Of Further Briefing And Oral Argument; Request To Deem Matter Submitted filed on February 12, 2014. Pursuant to Local Rule 7-15, the Court DENIES the request to deem the matter submitted and will hear oral argument on the originally-scheduled hearing date, March 11, 2014, at 10:00 a.m.

IT IS SO ORDERED.

:

Initials of Preparer   efc