UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-2605-MAN | Date | February 20, 2014 |
|---|---|---|---|
| Title | *Sigitis Raulinaitis v. Ventura County Sheriffs Department* | | |

| Present: The Honorable | Margaret A. Nagle, United States Magistrate Judge | |
|---|---|---|
| Earlene Carson | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None present | | None present |

**Proceedings:**   Order Regarding Further Proceedings

On February 13, 2014, the Court issued an Order that explained to the parties why defendant's motion for judgment on the pleadings, etc. filed on January 31, 2014 ("Motion"): is not appropriately brought under Fed. R. Civ. P. 12(c) as a motion for judgment on the pleadings; and pursuant to Fed. R. Civ. P. 12(d), should be treated as one for summary judgment brought under Fed. R. Civ. P. 56.  The February 13 Order also advised the parties of the procedural problem that exists with respect to the conversion of the instant Motion to a motion for summary judgment, namely, the parties' continued failure to comply with Local Rule 56-1 and 56-2.  The Court proffered to the parties the following two options for resolving this procedural issue:

1. The parties may stipulate, under Rule 12(d), to the conversion of the Motion to a motion for summary judgment pursuant to Rule 56 **and** to the waiver of the filing requirements of Rules 56-1 and 56-2; or alternatively,

2. The Court can set a briefing schedule for the parties' compliance with Local Rule 56-1 and 56-2.

The Court directed the parties to file a joint response by  February 20, 2014, advising the Court of which of the foregoing two options they wished to exercise.  The Court also set a schedule for further briefing by the parties addressing Peruta v. County of San Diego, slip op. No. 10-56971 (9th Cir. Feb. 13, 2014).

The Court is in receipt of the parties' Joint Response filed on February 19, 2014.  For

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-2605-MAN | Date | February 20, 2014 |
|---|---|---|---|
| Title | *Sigitis Raulinaitis v. Ventura County Sheriffs Department* | | |

reasons which are entirely unclear to the Court, the parties have declined to proceed pursuant to either of the two options ordered by the Court and, instead, ask the Court to resolve the Motion based upon the existing briefing and the supplemental Peruta briefs to be filed.

Once the Peruta briefing directed by the February 13 Order is completed, the Court intends to set a hearing with respect to the Motion. At that time, the Court will address the procedural issue with respect to which the parties have declined to select either of the two options presented to them by the Court.

IT IS SO ORDERED.

:

Initials of Preparer   efc