UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-2605-MAN | Date | March 4, 2014 |
|---|---|---|---|
| Title | *Sigitis Raulinaitis v. Ventura County Sheriffs Department* | | |

Present: The Honorable   Margaret A. Nagle, United States Magistrate Judge

| Earlene Carson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Jonathan Wesley Birdt | Jeffrey Held |

**Proceedings:**   Order Regarding Further Proceedings/Continued Hearing

Plaintiff's Ex Parte Application For Temporary Restraining Order And To Set Hearing On A Preliminary Injunction, etc. ("Application") came on for hearing today. At the parties' joint request, the Court continues the hearing on the Application to April 22, 2014, at 1:00 p.m.

The Court stays the briefing in this case that was directed by the Court's Order of February 13, 2014.

The parties are ordered to promptly notify the Court if this case is resolved prior to the April 22, 2014 hearing.

IT IS SO ORDERED.

: 57

Initials of Preparer   efc