UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-2605-MAN | Date | April 17, 2014 |
|---|---|---|---|
| Title | *Sigitis Raulinaitis v. Ventura County Sheriffs Department* | | |

| Present: The Honorable | Margaret A. Nagle, United States Magistrate Judge |
|---|---|

| Earlene Carson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None present | None present |

**Proceedings:**   Order Taking Hearing Off Calendar And Setting Status Conference

A continued hearing is set for 1:00 p.m. on April 22, 2014, with respect to plaintiff's ex parte application for a temporary restraining order ("Application"). Given that the parties and the Court are waiting to hear the outcome of the Sheriff's consideration of plaintiff's presently pending permit application, the continued hearing on the Application is taken off calendar. Instead, at the same date and time, the Court will conduct a telephonic status conference with counsel for the parties. Counsel are directed to provide their contact telephone numbers to the Courtroom Deputy Clerk by e-mail sent to earlene_carson@cacd.uscourts.gov.

IT IS SO ORDERED.

|  | : |
|---|---|
| Initials of Preparer | efc |