UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-2605-MAN | | Date | April 22, 2014 |
|---|---|---|---|---|
| Title | *Sigitis Raulinaitis v. Ventura County Sheriffs Department* | | | |

| Present: The Honorable | Margaret A. Nagle, United States Magistrate Judge |
|---|---|

| Earlene Carson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorney Present for Plaintiff: | Attorney Present for Defendant: |
| Jonathan W. Birdt | Jeffrey Held |

**Proceedings:** Order Regarding Status Conference And Scheduling

A telephonic Status Conference was held today. The status of defendant's consideration of plaintiff's application for a concealed weapons permit was discussed. With respect to plaintiff's pending ex parte application for a temporary restraining order, etc. ("Application"), the parties were afforded the opportunity to present additional argument, and the Court advised them that a ruling on the Application will issue this week.

The Court advised plaintiff that, if he wishes to seek reconsideration of the Court's Order of December 31, 2013, denying plaintiff's motion for summary judgment, the Court would permit him to do so notwithstanding the otherwise untimely nature of such a reconsideration request. Plaintiff advised that he does not wish to seek such reconsideration.

With respect to defendant's pending motion for judgment on the pleadings, etc., the Court noted that, as it advised the parties through prior written orders, the motion is defective and it will be denied. The Court suggested that defendant may wish to withdraw this motion.

The Court then discussed with the parties various scheduling matters, and the following deadlines and dates were agreed upon:

July 3, 2014                Discovery Cutoff

July 11, 2014               Discovery Motion Filing Cutoff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-2605-MAN | Date | April 22, 2014 |
|---|---|---|---|
| Title | *Sigitis Raulinaitis v. Ventura County Sheriffs Department* | | |

| | |
|---|---|
| August 1, 2014 | Summary Judgment Motion Filing Date[1] |
| October 6, 2014 | Trial Briefs, Witness Lists, and Exhibits Lists due |
| October 8, 2014 | Pretrial Conference, 10:00 a.m. (following the Court's review of the October 6 submissions, the parties will be advised if this conference will be required and whether it will proceed telephonically) |
| October 15, 2014 | Trial, 10:00 a.m. (two days allocated) |

Defendant is to advise the Court promptly, through an e-mail sent to the Chambers e-mail address, once defendant has acted upon plaintiff's pending application. Once the Court learns of defendant's decision, a Status Conference may be scheduled to discuss further proceedings in this action.

IT IS SO ORDERED.

                         : 32

Initials of Preparer    efc

---

[1] If the parties file cross-motions for summary judgment, they must be filed on this date and set for hearing on September 2, 2014, at 1:00 p.m. The Court suggested that the parties file cross-motions, so that it will be possible to dispose of this action fully through the summary judgment procedure.