UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-2605-MAN | Date | May 27, 2014 |
|---|---|---|---|
| Title | *Sigitis Raulinaitis v. Ventura County Sheriffs Department* | | |

| Present: The Honorable | Margaret A. Nagle, United States Magistrate Judge | |
|---|---|---|
| Earlene Carson | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorney Present for Plaintiff: | | Attorney Present for Defendant: |
| Jonathan W. Birdt | | Jeffrey Held |

**Proceedings:**     Order Rescheduling Hearing

On April 22, 2014, the Court issued an Order following a telephonic Status Conference in this action. The April 22 Order set a series of deadlines and dates following the parties' discussions with the Court and their agreement on such deadlines and dates. The April 22 Order set, *inter alia*, an August 1, 2014 filing date for motions for summary judgment, suggested that the parties file cross-motions for summary judgment, and directed that such cross-motions be set for hearing on September 2, 2014.

The Court now is in receipt of Plaintiff's Motion for Summary Judgment filed on May 12, 2014, which plaintiff has set for hearing on June 24, 2014 [Docket No. 53]. The Court is not available for hearing on that date, nor for much of July and August due to preexisting matters, including substantial criminal duty matters throughout August. Accordingly, the Court ORDERS that the hearing on plaintiff's motion for summary judgment be rescheduled to **September 2, 2014**, at 1:00 p.m. If defendant intends to file a motion for summary judgment, he shall set it for hearing on this same date at 1:00 p.m.

IT IS SO ORDERED.

:

Initials of Preparer

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-2605-MAN | Date | May 27, 2014 |
|---|---|---|---|
| Title | *Sigitis Raulinaitis v. Ventura County Sheriffs Department* | | |