Alan E. Wisotsky – State Bar No. 68051
James N. Procter II – State Bar No. 96589
Jeffrey Held – State Bar No. 106991
WISOTSKY, PROCTER & SHYER
300 Esplanade Drive, Suite 1500
Oxnard, California 93036
Phone: (805) 278-0920
Facsimile: (805) 278-0289
Email: jheld@wps-law.net

Attorneys for Defendant,
   VENTURA COUNTY SHERIFF'S OFFICE
   *(erroneously sued as Ventura County Sheriffs Department)*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIGITAS RAULINAITIS,<br><br>    Plaintiff,<br><br>v.<br><br>VENTURA COUNTY SHERIFFS DEPARTMENT,<br><br>    Defendant. | CASE NO. CV13-02605-MAN<br><br>**NOTICE OF LODGING [PROPOSED] ORDER RE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

     PLEASE TAKE NOTICE that defendant VENTURA COUNTY SHERIFF'S OFFICE lodges herein the [Proposed] Order re Defendant's Motion for Summary Judgment or, in the Alternative, for Partial Summary Judgment.

DATED: June 3, 2014        WISOTSKY, PROCTER & SHYER

                            By: _____
                                Alan E. Wisotsky
                                James N. Procter II
                                Jeffrey Held
                                Attorneys for Defendant,
                                VENTURA COUNTY SHERIFF'S OFFICE