Alan E. Wisotsky – State Bar No. 68051
James N. Procter II – State Bar No. 96589
Jeffrey Held – State Bar No. 106991
WISOTSKY, PROCTER & SHYER
300 Esplanade Drive, Suite 1500
Oxnard, California 93036
Phone:  (805) 278-0920
Facsimile: (805) 278-0289
Email:  jheld@wps-law.net

Attorneys for Defendant,
   VENTURA COUNTY SHERIFF'S OFFICE
   *(erroneously sued as Ventura County Sheriffs Department)*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIGITAS RAULINAITIS,<br><br>       Plaintiff,<br><br>v.<br><br>VENTURA COUNTY SHERIFFS DEPARTMENT,<br><br>       Defendant. | CASE NO. CV13-02605-MAN<br><br>**NOTICE OF LODGING [PROPOSED] JUDGMENT RE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

PLEASE TAKE NOTICE that defendant VENTURA COUNTY SHERIFF'S OFFICE lodges herein the [Proposed] Judgment re Defendant's Motion for Summary Judgment or, in the Alternative, for Partial Summary Judgment.

DATED:  June 3, 2014         WISOTSKY, PROCTER & SHYER

                                       By: _/s/ Jeffrey Held_____
                                            Alan E. Wisotsky
                                            James N. Procter II
                                            Jeffrey Held
                                            Attorneys for Defendant,
                                            VENTURA COUNTY SHERIFF'S OFFICE