UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-2605-MAN | Date | June 3, 2014 |
|---|---|---|---|
| Title | *Sigitis Raulinaitis v. Ventura County Sheriffs Department* | | |

| Present: The Honorable | Margaret A. Nagle, United States Magistrate Judge |
|---|---|

| Earlene Carson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiff: | Attorney Present for Defendant: |
|---|---|
| Jonathan W. Birdt | Jeffrey Held |

**Proceedings:**   Order Regarding Stipulation and Summary Judgment Motions

The Court is in receipt of the parties' Stipulation filed on June 2, 2014. If the parties do not wish to file Reply briefs, they may forego doing so; such briefs are optional pursuant to Local Rule 7-10. With respect to filing dates for Opposition papers, the parties may file such papers by the dates indicated in their Stipulation or within 21 days of this Order. With respect to oral argument, the previously-scheduled September 2, 2014 hearing date is vacated. If, upon the completion of its review of the parties' cross-summary judgment filings and of the applicable law, the Court determines that oral argument would be appropriate, it will schedule a hearing at the Court's convenience.

IT IS SO ORDERED.

                                                                                                      :
                                                        Initials of Preparer   efc