UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-2605-MAN | Date | July 23, 2014 |
|---|---|---|---|
| Title | *Sigitis Raulinaitis v. Ventura County Sheriffs Department* | | |

| Present: The Honorable | Margaret A. Nagle, United States Magistrate Judge |
|---|---|
| Earlene Carson | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorney Present for Plaintiff: | Attorney Present for Defendant: |
| Jonathan W. Birdt | Jeffrey Held |

**Proceedings:**   Order Regarding Summary Judgment Motions

In response to an inquiry of this date from plaintiff's counsel regarding the status of both plaintiff's motion for summary judgment [Docket No. 53] and defendant's motion for summary judgment [Docket No. 60], the parties are advised that both motions have been under submission since June 3, 2014, as no reply was filed by defendant to "Plaintiff's Opposition To Motion For Summary Judgment And Reply Brief Re Motion for Summary Judgment" filed on June 3, 2014 [Docket No. 65].

The parties are further advised that, because plaintiff did not file and serve, along with his opposition to defendant's motion for summary judgment, "a separate document containing a concise 'Statement of Genuine Disputes' setting forth all material facts as to which it is contended there exists a genuine dispute necessary to be litigated," in accordance with Local Rule 56-2, the Court "may assume that the material facts as claimed and adequately supported by [defendant in his "Statement Of Uncontroverted Facts And Conclusions of Law . . ." filed on June 3, 2014; Docket No. 61] are admitted [by plaintiff] to exist without controversy," in accordance with Local Rule 56-3.

IT IS SO ORDERED.

:
Initials of Preparer   efc