UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-2605-MAN | Date | August 22, 2014 |
|---|---|---|---|
| Title | *Sigitis Raulinaitis v. Ventura County Sheriffs Department* | | |

| Present: The Honorable | Margaret A. Nagle, United States Magistrate Judge |
|---|---|
| Earlene Carson | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorney Present for Plaintiff: | Attorney Present for Defendant: |
| Jonathan W. Birdt | Jeffrey Held |

**Proceedings:**   Order Regarding Scheduling

Due to the pendency of the parties' summary judgment motions and based upon the parties' agreement as to continued dates, the Court's Order of April 22, 2014 is modified as follows:

| | |
|---|---|
| November 20, 2014 | Trial Briefs, Witness Lists, and Exhibits Lists due |
| November 24, 2014 | Pretrial Conference, 10:00 a.m. (following the Court's review of the November 20 submissions, the parties will be advised if this conference will be required and whether it will proceed telephonically) |
| December 1, 2014 | Trial, 10:00 a.m. (two days allocated) |

IT IS SO ORDERED.

_____ : _____

Initials of Preparer   efc