JONATHAN W. BIRDT, SBN 183908
**Law Office of Jonathan W. Birdt**
18252 Bermuda St.
Porter Ranch, CA 91326
Telephone: (818) 400-4485
Facsimile: (818) 428-1384
jon@jonbirdt.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIGITAS RAULINAITIS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>VENTURA COUNTY SHERIFFS DEPARTMENT,<br><br>　　　　　Defendants. | **CASE NO. CV 13-2605MAN**<br><br>NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING PENDING MOTION FOR SUMMARY AND JUDGMENT AND MOTION TO DISMISS |

　　　Plaintiffs request that the Court take notice of the decision attached hereto with respect to the pending motions.

August 25, 2014　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Jonathan W. Birdt
　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff

_____
NOTICE OF SUPPLEMENTAL AUTHORITY - 1