UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-2605-MAN | Date | August 26, 2014 |
|---|---|---|---|
| Title | *Sigitis Raulinaitis v. Ventura County Sheriffs Department* | | |

| Present: The Honorable | Margaret A. Nagle, United States Magistrate Judge |
|---|---|
| Earlene Carson | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorney Present for Plaintiff: | Attorney Present for Defendant: |
| n/a | n/a |

**Proceedings:** Order Regarding Briefing

On August 25, 2014, plaintiff filed a "Notice of Supplementary Authority . . ." ("Notice"). The single-sentence Notice asks the Court to "take notice" of the August 22, 2014 decision of United States District Judge Anthony W. Ishii, United States District Court for the Eastern District of California, in *Jeff Silvester v. Kamala Harris*, Case No. 1:11-CV-2137 AWI SAB. A copy of the *Silvester* decision is appended to the Notice.

If plaintiff believes that the *Silvester* decision is relevant to the Court's consideration of the pending summary judgment motions in this case, plaintiff shall file and serve a brief explaining the relevancy of the decision within ten (10) days of this Order. If plaintiff does so, defendant shall file and serve a responding briefing brief within ten (10) days. If plaintiff fails to file such a brief, the motions will remain under submission to the Court.

IT IS SO ORDERED.

: 

Initials of Preparer    efc