1  **JONATHAN W. BIRDT, SBN 183908**
   **Law Office of Jonathan W. Birdt**
2  18252 Bermuda St.
3  Porter Ranch, CA 91326
   Telephone:  (818) 400-4485
4  Facsimile:   (818) 428-1384
   jon@jonbirdt.com
5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11 | SIGITAS RAULINAITIS,              )   CASE NO.  CV 13-2605MAN
                                       )
12 |         Plaintiff,                )   NOTICE OF SUPPLEMENTAL
                                       )   AUTHORITY REGARDING PENDING
13 |  vs.                              )   MOTION FOR SUMMARY AND
                                       )   JUDGMENT AND MOTION TO
14 | VENTURA COUNTY SHERIFFS           )   DISMISS
     DEPARTMENT,                       )
15 |         Defendants.               )
                                       )
16

17      Plaintiffs request that the Court take notice of the decision attached hereto with

18 respect to the pending motions. Plaintiff provides this only for the Courts edification

19 and pursuant to prior direction from the Court.

20

21 September 3, 2014                                        /s/
                                                 _____
22                                               Jonathan W. Birdt
                                                 Counsel for Plaintiff
23

24

25

26

27

28

_____
NOTICE OF SUPPLEMENTAL AUTHORITY - 1