# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIGITAS RAULINAITIS, | NO. CV 13-2605-MAN |
| Plaintiff, | |
| v. | JUDGMENT |
| VENTURA COUNTY SHERIFFS DEPARTMENT, | |
| Defendant. | |

Pursuant to the Court's Order Granting And Denying Motions For Summary Judgment And Dismissing Case,

IT IS ADJUDGED that plaintiff take nothing, that the action is dismissed on the merits and with prejudice, and that defendant shall recover its costs.

DATED: September 30, 2014.

*Margaret A. Nagle*

MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE